No. 77–6325. WATSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE POWELL would grant certiorari.

No. 77–959. HULVER v. UNITED STATES, 435 U. S. 951;
No. 77–5874. LITTLE v. ARKANSAS, 435 U. S. 957;
No. 77–5995. REDA v. UNITED STATES, 435 U. S. 973;
No. 77–6079. SMITH v. UNITED STATES, 435 U. S. 953;
No. 77–6276. PHILLIPS v. OLIAN ET AL., 435 U. S. 975; and
No. 77–6462. BEGLEY v. CARTER ET AL., 435 U. S. 994. Petitions for rehearing denied.

MAY 25, 1978

No. A–997. DOUTHIT v. GEORGIA. Sup. Ct. Ga. Application for stay of execution of the death sentence in this case, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant the stay.

MAY 30, 1978

No. 77–1150. CONCERNED CITIZENS OF SOUTHERN OHIO, INC., ET AL. v. PINE CREEK CONSERVANCY DISTRICT ET AL. Affirmed on appeal from D. C. S. D. Ohio. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 77–6354. NORTHERN v. DEPARTMENT OF HUMAN RESOURCES OF TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed as moot.